IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KRISTY MCLEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:11-cv-874-MEF |
| ) | |
| CLEANING SERVICES, INC., ) | (WO – Do Not Publish) |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court has been apprised of a settlement in this case. Accordingly, it is hereby ORDERED that the parties file a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **on or before November 30, 2012**.

DONE this the 8th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE