IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KRISTY MCLEAN,               )
                            )
         Plaintiff,          )
                            )
v.                          )        CASE NO. 11-cv-874-MEF
                            )          (WO – Do Not Publish)
CLEANING SERVICES, INC.,     )
*et al.*,                    )
                            )
         Defendants.         )

## ORDER

Before the Court is the parties' Joint Motion for Court Approval of Settlement Agreement, Payments, and Dismissal with Prejudice (Doc. #26).  The Court held a hearing on this motion on December 20, 2012.  Before the hearing was held, the parties submitted to the Court for *in camera* review the proposed settlement agreement for which they are seeking approval.  Having reviewed the proposed settlement agreement *in camera*, and being satisfied that the agreement is indeed a fair and reasonable resolution of the disputed issues in this matter, it is hereby ORDERED that the parties' motion (Doc. #26) is GRANTED and the settlement agreement is APPROVED.  The parties shall file a joint stipulation of dismissal in this matter no later than January 4, 2013.

DONE this the 21st day of December, 2012.

                    /s/ Mark E. Fuller
                    UNITED STATES DISTRICT JUDGE