IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KRISTY MCLEAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEANING SERVICES, INC., )<br>*et al.*, )<br>)<br>Defendants. ) | CASE NO. 11-cv-874-MEF<br>(WO – Do Not Publish) |

## ORDER

Before the Court is the parties' Joint Motion for Court Approval of Settlement Agreement, Payments, and Dismissal with Prejudice (Doc. #26). The Court held a hearing on this motion on December 20, 2012. Before the hearing was held, the parties submitted to the Court for *in camera* review the proposed settlement agreement for which they are seeking approval. Having reviewed the proposed settlement agreement *in camera*, and being satisfied that the agreement is indeed a fair and reasonable resolution of the disputed issues in this matter, it is hereby ORDERED that the parties' motion (Doc. #26) is GRANTED and the settlement agreement is APPROVED. The parties shall file a joint stipulation of dismissal in this matter no later than January 4, 2013.

DONE this the 21st day of December, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE